Jason Kuller, NV Bar No. 12244
Ciara Alagao, NV Bar No. 16789
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144
Telephone: 725.245.6056
Facsimile: 725.220.1802
jason@rafiilaw.com
ciara@rafiilaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIO CARDENAS,<br><br>        Plaintiff,<br><br>    v.<br><br>MANDALAY BAY, LLC, d/b/a MANDALAY BAY RESORT & CASINO; MGM RESORTS INTERNATIONAL; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.: 2:25-cv-02464-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND MOTION TO DISMISS BRIEFING SCHEDULING**<br><br>**(FIRST REQUEST)**<br><br>ECF No. 6 |

Plaintiff Mario Cardenas ("Plaintiff") and Defendants Mandalay Bay, LLC, d/b/a Mandalay Bay Resort & Casino ("Mandalay Bay") and MGM Resorts International ("MGMRI") (collectively "Defendants"), by and through their undersigned counsel, hereby submit this Stipulation and Order to Extend Motion to Dismiss Briefing and Hearing Schedule. The parties respectfully request that the hearing on Defendants' Motion to Dismiss be vacated and reset to reflect the extended briefing schedule.

The parties respectfully request that: (1) the deadline for Plaintiff to Oppose Defendants' Motion to Dismiss (ECF No. 4) be extended by one month, from January 2, 2026, through February 2, 2026; and Defendants' time within which to file a Reply in Support of its Motion to Dismiss be extended by one month, from January 16, 2026, to February 16, 2026; and (3) to reflect the extended

**STIPULATION AND ORDER TO EXTEND MOTION TO DISMISS BRIEFING SCHEDULING**

RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS

briefing schedule, the parties respectfully request that the hearing on Defendants' motion, currently set before U.S. District Court Judge Jennifer Dorsey for February 4, 2026, at 3:30 p.m., be vacated and reset for a date and time convenient to the Court.

The Stipulation is entered into for the following reason:

1.    Plaintiff's counsel has an upcoming jury trial scheduled for January 27, 2026.

2.    Defendants' counsel has an upcoming jury trial on February 2, 2026.

3.    The requested extension will allow the Parties to conserve resources and focus on settlement efforts.

4.    Counsel for both parties agree that good cause exists for this extension.

5.    The revised briefing schedule extends briefing beyond the Court's scheduled hearing on the motion on February 4, 2026. Accordingly, the parties request that the Court vacate the hearing and reset it for a date and time convenient to the Court, following the completed briefing.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS

2

**STIPULATION AND ORDER TO EXTEND MOTION TO DISMISS BRIEFING SCHEDULING**

6.  This request is not made for purposes of delay. It is the first request for such a continuance.

Dated this 29ᵗʰ day of December, 2025.

RAFII & ASSOCIATES, P.C.                    JACKSON LEWIS, P.C.

*/s/ Ciara Alagao*                          */s/  Paul Trimmer   (with permission)*
Jason Kuller                                Paul Trimmer
NV Bar No. 12244                            Nevada Bar No. 9291
Ciara Alagao                               I-Che Lai
NV Bar No. 16789                           Nevada Bar No. 12247
1120 N. Town Center Drive, Ste. 130         10801 W. Charleston Blvd., Suite 500
Las Vegas, Nevada 89144                     Las Vegas, NV 89135

*Attorneys for Plaintiff Mario Cardenas*    *Attorneys for Defendants Mandalay Bay,*
                                            *LLC, d/b/a Mandalay Bay Resort & Casino*
                                            *and MGM Resorts International*

## ORDER

**IT IS SO ORDERED.**

The hearing on the motion to dismiss [ECF No. 4] is continued to   March 2, 2026,   at

1:30 p.m.

U.S. District Judge Jennifer A. Dorsey
Dated: January 5, 2026

**STIPULATION AND ORDER TO EXTEND MOTION TO DISMISS BRIEFING SCHEDULING**

RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS