# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MARIO CARDENAS,

 Plaintiff,

v.

MANDALAY BAY, LLC, et al.,

 Defendants.

Case No. 2:25-cv-02464-JAD-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  A joint discovery plan must be filed by February 9, 2026.

IT IS SO ORDERED.

Dated: February 2, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

1