Jason Kuller, NV Bar No. 12244
Ciara Alagao, NV Bar No. 16789
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144
Telephone: 725.245.6056
Facsimile: 725.220.1802
jason@rafiilaw.com
ciara@rafiilaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIO CARDENAS, | Case No.: 2:25-cv-02464-JAD-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41** |
| MANDALAY BAY, LLC, d/b/a MANDALAY BAY RESORT & CASINO; MGM RESORTS INTERNATIONAL; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure (FRCP) 41(a)(1)(A)(ii), Plaintiff Mario Cardenas ("Plaintiff") and Defendants Mandalay Bay, LLC, d/b/a Mandalay Bay Resort & Casino ("Mandalay Bay") and MGM Resorts International ("MGMRI") (collectively "Defendants"), by and through their undersigned counsel, hereby stipulate and agree that Plaintiff voluntarily dismisses this action in its entirety and with prejudice. Each party shall bear its own attorneys' fees, expenses, and costs.

The Clerk of Court is directed to close this case consistent with this Stipulation.

/ / /

/ / /

/ / /

/ / /

1
**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL**

**IT IS SO STIPULATED.**

Dated this 12th day of February, 2026.

**RAFII & ASSOCIATES, P.C.**                        **JACKSON LEWIS, P.C.**

*/s/ Ciara Alagao*                                 */s/ Paul Trimmer   (with permission)*
Jason Kuller                                       Paul Trimmer
NV Bar No. 12244                                   Nevada Bar No. 9291
Ciara Alagao                                       I-Che Lai
NV Bar No. 16789                                   Nevada Bar No. 12247
1120 N. Town Center Drive, Ste. 130                10801 W. Charleston Blvd., Suite 500
Las Vegas, Nevada 89144                            Las Vegas, NV 89135

*Attorneys for Plaintiff Mario Cardenas*           *Attorneys for Defendants Mandalay Bay,*
                                                   *LLC, d/b/a Mandalay Bay Resort & Casino*
                                                   *and MGM Resorts International*

## ORDER

Based on the parties' stipulation **[ECF No. 16]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  All obligations are discharged and deadlines vacated.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 19, 2026

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL**



RAFII & ASSOCIATES, P. C.
EXCELLENCE | COMMITMENT | RESULTS