**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARIO CARDENAS,

    Plaintiff,

v.

MANDALAY BAY, LLC, et al.,

    Defendants.

Case No. 2:25-cv-02464-JAD-NJK

**Order**

On February 12, 2026, the Court ordered the parties to show cause in writing, no later than February 19, 2026, why sanctions up to a $1,000 court fine per party should not be imposed for failure to comply with the Court's order. Docket No. 15. Plaintiff filed a response. Docket No. 17.

On February 12, 2026, Plaintiff filed a stipulation for dismissal. Docket No. 16. In Plaintiff's response to the Order to Show Cause, Plaintiff submits that the parties did not file a joint proposed discovery plan because they were actively discussing a stipulation and order for voluntary dismissal. Docket No. 17 at 2. Further, Plaintiff contends that "[t]hose discussion were substantially advanced by the time the Joint Discovery Plan and Scheduling Order was due, and the parties anticipated finalizing the stipulation and order without the need to burden the Court with a discovery plan." *Id.* Parties must comply with all court orders. Failure to do so in the future may result in sanctions.

Accordingly, the Court **DISCHARGES** the Order to Show Cause. Docket No. 15.

IT IS SO ORDERED.

Dated: February 19, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1